FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:
_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CEO, SUCCESSOR FOR DEUTSCHE )<br>NATIONAL TRUST COMPANY; et al., )<br><br>Defendants. ) | 3:11-cv-0436-LRH-VPC<br><br><br>ORDER |

Before the court is plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motion to not dismiss defendants Tiffany Miles ("Miles") and Nate Turner ("Turner"). Doc. #11. The court has reviewed the present motion and finds that it is without merit. Neither defendant Miles nor Turner has filed a motion to dismiss in this action. Thus, there is no basis to support the present motion.

IT IS THEREFORE ORDERED that plaintiff's motion to not dismiss (Doc. #11) is DENIED.

IT IS SO ORDERED.

DATED this _19_ day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE