___ FILED
___ ENTERED
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 19 2011

BY: ___
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LINWOOD EDWARD TRACY, JR.; et al., )
) 3:11-cv-0436-LRH-VPC
   Plaintiffs, )
)
v. ) ORDER
)
CEO, SUCCESSOR FOR DEUTSCHE )
NATIONAL TRUST COMPANY; et al., )
)
   Defendants. )
)

Before the court is plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motion to not dismiss defendants Tiffany Miles ("Miles") and Nate Turner ("Turner"). Doc. #11. The court has reviewed the present motion and finds that it is without merit. Neither defendant Miles nor Turner has filed a motion to dismiss in this action. Thus, there is no basis to support the present motion.

IT IS THEREFORE ORDERED that plaintiff's motion to not dismiss (Doc. #11) is DENIED.

IT IS SO ORDERED.

DATED this 19 day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE