FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LINWOOD EDWARD TRACY, JR.; et al.,    )
                                      )    3:11-cv-0436-LRH-VPC
            Plaintiffs,               )
                                      )
      v.                              )    ORDER
                                      )
CEO, SUCCESSOR FOR DEUTSCHE           )
NATIONAL TRUST COMPANY; et al.,       )
                                      )
            Defendants.               )
_____)

Before the court is plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motion to strike the certificate of interested parties filed on July 14, 2011 (Doc. #4[1]). Doc. #5. Defendants Nicole Hoffman; Nicole Glowin; Madeline Lee; and the law firm of Wright, Finlay & Zak, LLP (collectively "defendants") filed an opposition to the motion (Doc. #14) to which Tracy filed a motion to strike (Doc. #19).

Also before the court is Tracy's motion for judgment and sanctions against defendants. Doc. #20.

I.    Facts and Background

At its core, this is a wrongful foreclosure and wrongful taxation action. Plaintiff William Gerald Filion ("Filion") owned real property in California which was subject to state, county, and city tax assessments. The tax assessments went unpaid and eventually the property was foreclosed

_____

[1] Refers to the court's docket number.

1  on. Plaintiffs challenge the assessments and foreclosure claiming that the property belonged to a

2  non-profit religious organization.

3       On June 21, 2011, plaintiffs filed a complaint against defendants alleging violations of their

4  First and Fourth Amendment rights. *See* Doc. #1. In response to being served with the complaint,

5  defendants Nicole Hoffman; Nicole Glowin; Madeline Lee; and the law firm of Wright, Finlay &

6  Zak, LLP, through their counsel attorney Donna Osborn ("Osborn") filed a certificate of interested

7  parties. Doc. #4. Thereafter, Tracy filed the present motion to strike. Doc. #5.

8  **II.      Motion to Strike (Doc. #5)**

9       In his motion, Tracy claims that the aforementioned certificate of interested parties

10  (Doc. #4) was improperly filed by attorney Osborn because she is employed with defendant Wright,

11  Finlay & Zak, LLP. *See* Doc. #5.

12       The court has reviewed Tracy's motion and finds that it is without merit. Attorney Osborn is

13  not a named defendant in this action. Further, Tracy has failed to provide any legal authority or

14  rational basis as to why attorney Osborn cannot represent the defendants in this action. Osborn is a

15  duly licenses attorney admitted to practice in the state of Nevada. As such, she may represent her

16  firm and the other named defendants in this action. Therefore, the court finds that there is no basis

17  to strike the certificate of interested and shall deny the motion accordingly.

18  **III.     Motion to Strike (Doc. #19)**

19       Tracy also seeks to strike the opposition of defendants for the same reason outlined in his

20  initial motion to strike. *See* Doc. #19. As addressed above, Tracy's motion is without merit and

21  shall be denied.

22  **IV.     Motion for Judgment and Sanctions (Doc. #20)**

23       Tracy finally moves this court for an order of judgment against defendants for failure to

24  oppose his initial motion to strike and for sanctions against attorney Osborn. *See* Doc. #20.

25       Tracy's motion is without merit. Defendants filed an opposition to the motion. *See* Doc.

26  #14. Further, as addressed above, attorney Osborn may represent defendants in this action.

1  Therefore, the court finds that there is no basis for an award of sanctions and shall deny Tracy's

2  motion.

3

4      IT IS THEREFORE ORDERED that plaintiff's motion to strike (Doc. #5); motion to strike

5  opposition (Doc. #19); and motion for judgment (Doc. #20) are DENIED.

6      IT IS SO ORDERED.

7      DATED this 15 day of September, 2011.

8

9      LARRY R. HICKS
       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26