UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., | |
| Plaintiffs, | 3:11-cv-0436-LRH-VPC |
| v. | ORDER |
| CEO, SUCCESSOR FOR DEUTSCHE NATIONAL TRUST COMPANY; et al., | |
| Defendants. | |

Before the court are plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motions to remove this action to the United States Supreme Court. Doc. ##151, 153, 156, 158. The court has reviewed Tracy's motions and finds they are without merit. Tracy cites no legal authority that would allow for him to remove any part of this action to the United States Supreme Court. Accordingly, the court shall deny his motions to remove.

IT IS THEREFORE ORDERED that plaintiff's motions to remove (Doc. ##151, 153, 156, 158) are DENIED.

IT IS SO ORDERED.

DATED this 5th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE