UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., <br><br>Plaintiffs, <br><br>v. <br><br>CEO, SUCCESSOR FOR DEUTSCHE NATIONAL TRUST COMPANY; et al., <br><br>Defendants. | 3:11-cv-0436-LRH-VPC <br><br>ORDER |

Before the court are defendant Nichole L. Glowin's ("Glowin") motion to dismiss (Doc. #75[1]); defendant Nicole M. Hoffman's ("Hoffman") motion to dismiss (Doc. #76); defendant Madeline K. Lee's ("Lee") motion to dismiss (Doc. #77); and defendant Deutsche Bank National Trust Company's ("Deutsche") motion to dismiss (Doc. #88).

The court has reviewed the documents and pleadings on file in this matter and finds that defendants' motions to dismiss are moot. All of the moving defendants have already been dismissed as defendants in this action. Defendants Glowin, Hoffman, and Lee were dismissed as defendants by court order on September 28, 2011. Doc. #102. Defendant Deutsche was likewise dismissed as a defendant on December 20, 2011. Doc. #127. Accordingly, the court shall deny moving defendants' motions.

///

---

[1] Refers to the court's docket number.

IT IS THEREFORE ORDERED that defendants' motions to dismiss (Doc. ##75, 76, 77, 88) are DENIED as moot.

IT IS SO ORDERED.

DATED this 5th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE