AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

LINWOOD EDWARD TRACY, JR.; et al.,

      Plaintiffs,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-CV-00436-LRH-VPC**

CEO SUCCESSOR FOR DEUTSCHE
NATIONAL TRUST COMPANY, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants' motion for attorney's fees (#121) is **GRANTED**. An award of attorney's fees in favor of defendants Jocelyn Corbett, Esq. and the law firm of DaPeer, Rosenblit, Litvak, LLP and against plaintiffs in the amount of $6,212.50 is hereby entered.
      **IT IS FURTHER ORDERED** an award of costs in favor of defendants Jocelyn Corbett, Esq. and the law firm of DaPeer, Rosenblit, Litvak, LLP and against plaintiffs in the amount of $146.35 is hereby entered.

  July 27, 2012                                      **LANCE S. WILSON**
                                                                   Clerk

                                                                   D. R. Morgan
                                                                  Deputy Clerk