UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., | ) ) | 3:11-CV-00436-LRH-VPC |
| Plaintiffs, | ) ) | |
| v. | ) ) | MINUTE ORDER |
| CEO SUCCESSOR; *et al.*, | ) ) ) | July 26, 2012 |
| Defendants. | ) ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>NONE APPEARING</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):      <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):      <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is the United States of America's Motion for an Extension of Time to Respond to Plaintiff's Motion for Set Aside Order (##183, 184, 185) Doc.#186[1].  Good cause appearing,

The United States of America's Motion for an Extension of Time (#186) is GRANTED.  The United States shall have until Monday, August 13, 2012, by which to file and serve its response to Plaintiff's  motions to set aside (## 183, 184 and 185).

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   <u>        /s/             </u>
           Deputy Clerk

---

[1] Refers to court's docket number.