UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., | 3:11-CV-00436-LRH-VPC |
| Plaintiffs, | |
| v. | MINUTE ORDER |
| CEO SUCCESSOR; *et al.*, | |
| | July 26, 2012 |
| Defendants. | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is the United States of America's Motion for an Extension of Time to Respond to Plaintiff's Motion for Set Aside Order (##183, 184, 185) Doc.#186[1]. Good cause appearing,

The United States of America's Motion for an Extension of Time (#186) is GRANTED. The United States shall have until Monday, August 13, 2012, by which to file and serve its response to Plaintiff's motions to set aside (## 183, 184 and 185).

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk

---

[1] Refers to court's docket number.