UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., <br><br> PlaintiffS, <br><br> v. <br><br> CEO, SUCCESSOR FOR DEUTSCHE NATIONAL TRUST COMPANY; et al., <br><br> Defendants. | 3:11-cv-0436-LRH-VPC <br><br> ORDER |

Before the court are plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motion to recuse United States Attorney Daniel G. Bogden (Doc. #201[1]); motion to recuse private attorney Jocelyn Corbett (Doc. #202); motion to recuse Assistant United States Attorney Holly A. Vance (Doc. #203); and motion to recuse Magistrate Judge Valerie P. Cooke ("Magistrate Cooke") (Doc. #213[2]).

Initially, the court notes that it is without jurisdiction to entertain Tracy's motion as it concerns Magistrate Cooke as a motion for recusal must first be filed before the judge seeking to be recused. *See Berger v. United States*, 255 U.S. 22, 32-34 (1922); *United States v. Holland*, 510 F.3d 909, 912 (9th Cir. 2008). Here, Tracy did not file the present motion before the appropriate judge. Accordingly the court shall deny Tracy's motions to recuse Magistrate Cooke.

---

[1] Refers to the court's docket number.

[2] Refers to the court's docket number.

As to Tracy's additional motions to recuse both private attorneys and United States Attorneys from appearing in this action, the court finds that Tracy's motions are without merit. At no point in his motions does Tracy cite to any legally cognizable theory supporting recusal of the identified attorneys. Therefore, the court shall likewise deny Tracy's additional motions for recusal.

IT IS THEREFORE ORDERED that plaintiff's motion to recuse United States Attorney Daniel G. Bogden (Doc. #201); motion to recuse private attorney Jocelyn Corbett (Doc. #202); motion to recuse Assistant United States Attorney Holly A. Vance (Doc. #203); and motion to recuse Magistrate Judge Valerie P. Cooke (Doc. #213) are DENIED.

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE