1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   LINWOOD EDWARD TRACY, JR.; et al.,

10          PlaintiffS,

11   v.

12   CEO, SUCCESSOR FOR DEUTSCHE
NATIONAL TRUST COMPANY; et al.,

13          Defendants.

14

)
)
)
)
)
)
)
)
)
)
)
)
)

3:11-cv-0436-LRH-VPC

ORDER

15          Before the court are plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motions to remove

16   various unrelated state court actions initiated in the State of California to the Ninth Circuit Court of

17   Appeals. Doc. ##199, 212, 214, 216, 217, 219. The court has reviewed Tracy's motions and finds

18   they are without merit. Tracy cites no legal authority that would allow for him to remove any part

19   of this action to the Ninth Circuit Court of Appeals. Further, the court notes that Tracy's appeal has

20   already been dismissed. Accordingly, the court shall deny his motions to remove.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1    IT IS THEREFORE ORDERED that plaintiff's motions to remove (Doc. ##199, 212, 214,

2    216, 217, 219) are DENIED.

3    IT IS SO ORDERED.

4    DATED this 28th day of January, 2013.

5

6    _____
     LARRY R. HICKS

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26