UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| LINWOOD EDWARD TRACY, JR.; et al., | ) ) ) | 3:11-cv-0436-LRH-VPC |
| PlaintiffS, | ) ) | |
| v. | ) ) | ORDER |
| CEO, SUCCESSOR FOR DEUTSCHE NATIONAL TRUST COMPANY; et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

Before the court are plaintiff Linwood Edward Tracy, Jr.'s ("Tracy") motions to remove various unrelated state court actions initiated in the State of California to the Ninth Circuit Court of Appeals. Doc. ##199, 212, 214, 216, 217, 219. The court has reviewed Tracy's motions and finds they are without merit. Tracy cites no legal authority that would allow for him to remove any part of this action to the Ninth Circuit Court of Appeals. Further, the court notes that Tracy's appeal has already been dismissed. Accordingly, the court shall deny his motions to remove.

///

///

///

///

///

///

1        IT IS THEREFORE ORDERED that plaintiff's motions to remove (Doc. ##199, 212, 214,

2  216, 217, 219) are DENIED.

3        IT IS SO ORDERED.

4        DATED this 28th day of January, 2013.

6                                 LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE

2